UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 18-cv-02099-SVW (SK) | Date | May 23, 2019 |
|---|---|---|---|
| Title | Eric Thomas v. Scott Kernan et al. | | |

Present: The Honorable Steve Kim, United States Magistrate Judge

| Cheryl Wynn | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On March 28, 2019, Defendants Scott Kernan, Dean Borders, and D. O'Neill moved to dismiss Plaintiff's complaint on several grounds, including lack of administrative exhaustion, failure to state a claim on which relief may be granted, and lack of jurisdiction under *Heck v. Humphrey*, 512 U.S. 477 (1994). (ECF 22). Plaintiff's opposition was due by April 29, 2019, and he was warned that failure to oppose the motion may be deemed consent to the granting of the motion. (ECF 23). Yet, as of this order, Plaintiff has filed no opposition, no request for an extension of time, and no other document suggesting his intent to oppose dismissal of his complaint.

Plaintiff is thus ORDERED TO SHOW CAUSE on or before **June 24, 2019** why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this order by filing his opposition to the motion to dismiss by **June 24, 2019**. **Failure to file a timely opposition or other response to this order may result involuntary dismissal of this action**. *See* Fed. R. Civ. P. 41(b); L.R. 41-1; L.R. 7-12.

If Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss the action under Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal" with the attached Form CV-9.