

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2019
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ERIC THOMAS, | CASE NO. 5:18-cv-02099-SVW (SK) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Complaint for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed.

DATED: 7/10/19

HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE